Petition of **RED STAR TOWING & TRANS-PORTATION CO.**[*]

**THE BRONX.**

Circuit Court of Appeals, Second Circuit. January 7, 1929.

No. 61.

Burlingham, Veeder, Masten & Fearey, of New York City (Chauncey I. Clark and P. Fearson Shortridge, both of New York City, of counsel), for petitioner.

Alexander & Ash, of New York City (Edward Ash, of New York City, of counsel), for appellees.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Decree affirmed.